# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BENNETT,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES AUTOMOBILE ASSOCIATION,<br>    Defendant. | Civil Action<br>2:18-cv-03943-AB |

## ORDER

**AND NOW**, this _12th_ day of December, 2018, Defendant's Motion to Transfer or, in the Alternative, for a More Definite Statement (ECF No. 3) is **DENIED**.

                                                                    s/Anita B. Brody

                                                                   _____
                                                                   ANITA B. BRODY, J.

Copies **VIA ECF** on 12/12/2018